UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:  
BRIAN TOOPS  
JOAN TOOPS  
5420 BLUE ASH RD  
COLUMBUS, OH  43229

Case No.:  06-55045

Judge:  CHARLES M. CALDWELL

SSN(S):  XXX-XX-6183  
XXX-XX-2514

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  April 20, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| BRIAN TOOPS & JOAN TOOPS<br>5420 BLUE ASH RD<br>COLUMBUS, OH  43229 | 1.85 |